1  Jeffrey A. Cohan (SBN 149615)
   jcohen@cohenblg.com
2  COHEN BUSINESS LAW GROUP, APC
   10990 Wilshire Blvd., suite 1025
3  Los Angeles, CA  90024
   Telephone:  310-469-9600
4  Facsimile:  310-469-9610

5  Darin M. Klemchuk (*admitted via pro hac vice*)
   darin.klemchuk@klemchuk.com
6  Kirby Drake (*admitted via pro hac vice*)
   Kirby.drake@klemchuk.com
7  Mandi Phillips (*admitted via pro hac vice*)
   Mandi-phillips@klemchuk.com
8  KLEMCHUK LLP
   8150 N. Central Expressway, 10th Floor
9  Dallas, TX  75206
   Telephone:  214-367-6000
10 Facsimile:  214-367-6001

11 ATTORNEYS FOR DEFENDANT
   ADD2NET, INC. D/B/A LUNARPAGES)
12

13
                 UNITED STATES DISTRICT COURT
14
                 CENTRAL DISTRICT OF CALIFORNIA
15
                      WESTERN DIVISION
16

17

18 | EXPRESS MOBILE, INC.,          | CASE NO. 2:19-CV-05091-GW-E |

19 |              *Plaintiff,*       | **UNOPPOSED REQUEST TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

20 |        vs.                      |

21 | ADD2NET, INC. D/B/A LUNARPAGES, | District Judge:  George H. WU |
   |                                 | Magistrate Judge:  Charles F. Eick |
22 |              *Defendant.*       |
   |                                 | Complaint filed:  06/12/2019 |
23

24

25

26

27

28

UNOPPOSED REQUEST TO EXTEND TIME

- 2 -

1  WHEREAS, Plaintiff filed its Complaint on June 12, 2019;

2  WHEREAS, Defendant's response date is presently September 10, 2019;

3  WHEREAS, Defendant is seeking an extension to respond to the complaint up

4  to and including October 10, 2019 to facilitate settlement discussions between the

5  parties;

6  WHEREAS, the parties have conferred regarding Defendant's request for

7  extension and Plaintiff does not object and oppose such request;

8  THEREFORE, Defendant hereby requests that the deadline for it to respond to

9  the Complaint be extended up to and including October 10, 2019.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED REQUEST TO EXTEND TIME

Dated:  August 30, 2019

Respectfully submitted,

*/s/ Darin M. Klemchuk*

Jeffrey A. Cohen (SBN 149615)
jcohen@cohenblg.com
COHEN BUSINESS LAW GROUP, APC
10990 Wilshire Blvd., Suite 1025
Los Angeles, CA  90024
Telephone:  310-469-9600
Facsimile:  310-469-9610

Darin M. Klemchuk (*admitted pro hac vice*)
darin.klemchuk@klemcuk.com
Kirby Drake (*admitted pro hac vice*)
kirby.drake@klemchuk.com
mandi Phillips (*admitted pro hac vice*)
Mandi.phillips@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, TX  75206
Telephone:  214-367-6000
Facsimile:  214-367-6001

ATTORNEYS FOR DEFENDANT
ADD2NET, INC. D/B/A LUNARPAGES

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

*/s/ /Darin M. Klemchuk*

- 3 -

UNOPPOSED REQUEST TO EXTEND TIME